IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| STEPHEN M. NESMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:12cv403-MHT |
| | ) | (WO) |
| OWNERS INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Upon consideration of the joint stipulation and motion for dismissal with prejudice (Doc. No. 37), it is the ORDER, JUDGMENT, and DECREE of the court that said motion is granted and that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 5th day of February, 2013.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE